

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2022

**BY EMAIL**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:  *United States v. David Stone*,
 22 Mag. 3884

Dear Judge Gorenstein:

    David Stone, the defendant named in the above-captioned Complaint, was arrested in the District of Oregon on May 2, 2022 and is due to be presented in that district today. To facilitate that presentment, the Government respectfully requests that the Court order that the Complaint and associated docket be unsealed by so-ordering this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Andrew Thomas
Samuel Rothschild
Assistant United States Attorneys
(212) 637-2106 / -2504

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
May 3, 2022