UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

David Stone

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __David Stone__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_David Stone w/ permission_
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

**David Stone**
Print Defendant's Name

_____
**Defendant's Counsel's Signature**

**Hannah McCrea**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/11/2022
Date

_Kathleen H. Paul_
U.S. District Judge/U.S. Magistrate Judge