```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :  Docket #1:22-mj-03884-UA-1
                                     :
     -against-                       :  ORDER
                                     :
David Stone                          :
                                     :
          Defendant                  :
                                     :
-------------------------------------X
```

Jennifer E. Willis, United States Magistrate Judge:

It is hereby ORDERED that the defendant's condition to surrender firearms to local police be modified to 1) Defendant to surrender firearms to a responsible person approved by the government and to provide a notarized letter of the same to PTS.

Dated: New York, New York
       May  19  , 2022

SO ORDERED:

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge