UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

               v.                                         **Order of Continuance**

DAVID STONE,                                                 **22 Mag. 3884**

                       *Defendant.*
------------------------------------------------------------x

       Upon the application of the United States of America and the affirmation of Samuel P. Rothschild, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with a violation of Title 18, United States Code, Sections 1348 and 2, in a complaint dated April 29, 2022, and was arrested on May 2, 2022 in the District of Oregon;

       It is further found that, following a presentment in the District of Oregon, the defendant was presented in the Southern District of New York before Magistrate Judge Katharine H. Parker on May 11, 2022, and was ordered released on conditions;

       It is further found that Thomas Monaghan, Esq., current counsel for the defendant, and Assistant United States Attorney Samuel P. Rothschild have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

       It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

1

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A), is hereby granted until August 31, 2022, and that a copy of this Order and the affirmation of Assistant United States Attorney Samuel P. Rothschild be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
       August 1, 2022

*Katharine H Parker*
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

v.

DAVID STONE,

*Defendant.*

------------------------------------------------------------x

**Affirmation in Support of Application for Order of Continuance**

22 Mag. 3884

| | |
|---|---|
| State of New York | ) |
| County of New York | : ss.: |
| Southern District of New York | ) |

Samuel P. Rothschild, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

2. The defendant was charged in a complaint dated April 29, 2022, with a violation of Title 18, United States Code, Sections 1348 and 2. The defendant was arrested on May 2, 2022 in the District of Oregon, and, following a presentment in the District of Oregon, was presented in the Southern District of New York before Magistrate Judge Katharine H. Parker on May 11, 2022. The defendant was represented by Hannah McCrea, Esq., and ordered released on the following conditions: a $100,000 personal recognizance bond to be cosigned by two financially responsible persons other than the defendant's wife or father; travel restricted to the Southern and Eastern Districts of New York, the District of Idaho, and points in between for travel to Court; surrender

1

travel documents with no new applications; pretrial supervision in the district of residence (Idaho) as directed by Pretrial Services; surrender all firearms to local authorities by June 10, 2022 and provide proof of same to Pretrial Services; maintain residence and not relocate without approval of Pretrial Services; no new financial accounts or lines of credit without prior approval of Pretrial Services; if the asset freeze order issued by Judge Marrero in 22 Civ. 3553 (SDNY) at ECF No. 17 is lifted or otherwise ceases to be in effect, the defendant shall notify Pretrial Services at least 72 hours prior to attempting to access such funds; the defendant to be released on his own signature with remaining conditions to be met by May 25, 2022, except as to the June 10, 2022 surrender of firearms.

 3. At the presentment before Judge Parker, defense counsel consented to a waiver of her client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 21 days of the initial appearance. Accordingly, under the Speedy Trial Act, the Government initially had until June 1, 2022 within which to file an indictment or information.

 4. On June 1, 2022, Magistrate Judge Moses entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time within which an indictment or information would otherwise have had to be filed in this case until July 1, 2022.

 5. On July 1, 2022, Magistrate Judge Aaron entered an Order of Continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A), extending the time within which an indictment or information would otherwise have had to be filed in this case until August 1, 2022.

 6. Defense counsel and I have had discussions regarding a possible disposition of this case beginning on or about May 11, 2022 and continuing to as recently as on or about July 28, 2022, with current defense counsel, Thomas Monaghan, Esq. The negotiations have not been completed

and we plan to continue our discussions, but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on August 1, 2022.

7. Therefore, the Government is requesting a 30-day continuance, until August 31, 2022, to continue the foregoing discussions and to reach a disposition of this matter. On July 28, 2022, I personally spoke to defense counsel who specifically consented to this request.

8. This application has been authorized by Assistant United States Attorney Andrew Dember, Deputy Chief of the Criminal Division.

9. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       July 29, 2022

_____
Samuel P. Rothschild
Assistant United States Attorney
212-637-2504

3